# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK J. MULLICA, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| v. | : | No. 11-4034 |
| | : | |
| MINNESOTA LIFE | : | |
| INSURANCE COMPANY, ET AL. | : | |
|     Defendants. | : | |

## O R D E R

**AND NOW**, this __27TH__ day of September, 2013, upon consideration of Plaintiff's Motion to Strike Objections and Compel Production vs. MLIC Minnesota Life Insurance Company (Doc. No. 41), Defendant Minnesota Life Insurance Company's Response thereto (Doc. No. 45) and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

                                                                                     BY THE COURT:

                                                                  /s/ Lynne A. Sitarski
                                                                LYNNE A. SITARSKI
                                                               UNITED STATES MAGISTRATE JUDGE